Phillip Babich (SBN 269577)
Email: pbabich@reedsmith.com
Thuy T. Nguyen (SBN 313144)
Email: tnguyen@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543 8700
Facsimile: (415) 391 8269
*Attorneys for Plaintiff Jorge Aquino*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE AQUINO,<br><br>        Plaintiff,<br><br>    v.<br><br>E. RASAVI, D.D.S.,<br><br>        Defendant. | Case No: 3:16cv3167-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE 90 DAYS**<br><br>Judge: Hon. William H. Orrick<br><br>Action Filed: June 6, 2016 |

Plaintiff Jorge Aquino and Defendant Eric Razavi hereby stipulate that the Case Management Conference set for March 7, 2017, be continued ninety (90) days and request that the Court so order. This stipulation and request are made jointly based on the following:

1. The Case Management Conference is set for March 7, 2017 [Dkt. No. 15]. In advance of the conference, the parties are required, per rule 16(b) of the Federal Rules of Civil Procedure and this Court's Case Management Order dated December 13, 2016, to prepare and file a joint Case Management Conference Statement by February 27, 2017.

2. On January 5, 2017, the Court appointed Phillip Babich and Thuy Nguyen from Reed Smith LLP for the limited purpose of representing Plaintiff in the course of a

settlement conference [Dkt. No. 18].

3. Plaintiff's counsel and defense counsel have engaged in a meet and confer discussion regarding a discovery plan and the case generally. The parties agree that more time is needed to prepare for a potential settlement, and that it would be premature to draft a joint Case Management Conference Statement until settlement talks have concluded.

4. Therefore, the parties hereby stipulate to and request that the Case Management Conference of March 7, 2017 be continued ninety (90) days and that all related Rule 26 obligations be stayed until the Court sets a new date for the Case Management Conference.

It is So Stipulated.

Dated: January 27, 2017                REED SMITH LLP

                                       By_____
                                          Phillip Babich
                                          Thuy T. Nguyen
                                          Attorneys for Plaintiff Jorge Aquino

Dated: January 27, 2017                DEPUTY ATTORNEY GENERAL

                                       By /s/ Harry T. Gower
                                          Harry T. Gower
                                          Attorney for Defendant Eric Razavi, D.D.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE AQUINO,<br><br>    Plaintiff,<br><br>v.<br><br>E. RASAVI, D.D.S.,<br><br>    Defendant. | Case No: 3:16cv3167-WHO<br><br>**ORDER RE: STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE 90 DAYS**<br><br>Judge: Hon. William H. Orrick<br><br>Action Filed: June 6, 2016 |

Upon consideration of the stipulation and with good cause appearing, IT IS HEREBY ORDERED that:

(1) The Case Management Conference, currently set for March 7, 2017, be vacated.

(2) The Case Management Conference is continued to June 6, 2017.

(3) A Joint Case Management Conference Statement shall be filed no later than May 30, 2017.

**IT IS SO ORDERED.**

**Dated**: February 1, 2017

_____
WILLIAM H. ORRICK
United States District Judge