UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE AQUINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. RASAVI,<br><br>　　　　　Defendant. | Case No. 16-cv-03167-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

　　Pursuant to plaintiff Jorge Aquino's notice of voluntary dismissal with prejudice (Dkt. No. 37), this action is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

　　The Clerk shall enter judgment, and close the file.

　　**IT IS SO ORDERED.**

**Dated:** April 12, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　United States District Judge